1   CHARLES B. PERKINS #126942
    FLYNN, ROSE & PERKINS
2   59 North Santa Cruz Avenue, Suite Q
    Los Gatos, California 95030
3   (408) 399-4566
    Email: cbperk@earthlink.net
4
    Attorney for Plaintiff
5   MARK MAYNARD

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAYNARD,<br><br>          Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | Case No.  CV 10-00517 JW<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE, AND (PROPOSED) ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, MARK MAYNARD and Defendants, UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this entire action shall be dismissed without prejudice.  The parties further agree that the dismissal of this action without prejudice shall not be the basis of a claim for attorney's fees or costs by either party.

DATE: April 29, 2010                    FLYNN, ROSE & PERKINS


                                        By   /s/ Charles B. Perkins
                                             CHARLES B. PERKINS
                                             Attorney for Plaintiff, Mark Maynard

| | |
|---|---|
| DATE: <u>April 29, 2010</u> | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |

By   /S/ CHRISTINA VAN WERT
    THOMAS M. HERLIHY
    CHRISTINA VAN WERT
    Attorneys for Defendants
    UNUM Life Insurance Company of America

## ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed without prejudice, with neither party to make a claim for fees or costs based on this Dismissal.

IT IS SO ORDERED.  The Clerk shall close this file.

DATE: May 5, 2010

_____
HONORABLE JAMES WARE
DISTRICT COURT JUDGE